```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW HAMPSHIRE
```

David D. Vandenberg

    v.                                    Civil No. 13-cv-40-JL

Judith E. Hamilton

### ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The Memorandum and Exhibits filed in support of Defendant's Motion to Dismiss, Document #14, in the above-captioned case contain one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Memorandum and Exhibits. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Memorandum and Exhibits in support of Defendant's Motion to Dismiss, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

    SO ORDERED.

                                                                      Landya B. McCafferty
                                                               United States Magistrate Judge

Date: April 23, 2013

cc:  David D. Vandenberg, pro se
     Judith E. Hamilton, pro se